**Jody BURKS, Petitioner,**

v.

**DEPARTMENT OF THE AIR
FORCE, Respondent.**

No. 03–3249.

United States Court of Appeals,
Federal Circuit.

Oct. 2, 2003.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

---

opposition to the motion to dismiss. However, Jacobs' motion is unnecessary because his opposition was timely filed.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.